■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JOSEPH JOHN FERRARA, admitted in 1983, at a Term of the Appellate Division, Third Department. RONALD ANTHONY RAPPO, admitted in 1977, at a Term of the Appellate Division, Second Department. [693 NYS2d 437] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See,* 240 AD2d 106, 257 AD2d 127.]

■ In the Matter of MARK J. HELLER (Admitted as MARK JAY HELLER), a Suspended Attorney. [693 NYS2d 849] —Motion to confirm the Determination of the Hearing Panel, which confirmed the Report of the Referee, granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur— Ellerin, P. J., Nardelli, Lerner, Rubin and Saxe, JJ.